BYRAM and others, Receivers, Appellants, vs. TAX COMMISSION OF WISCONSIN, Respondent.

*June 5—June 24, 1929.*

For the appellants there were briefs by *Hoyt, Bender, Trump, McIntyre & Hoyt* of Milwaukee, and oral argument by *Ralph M. Hoyt.*

For the respondent there was a brief by the *Attorney General* and *Franklin E. Bump,* assistant attorney general, and oral argument by *Mr. Bump.*

ROSENBERRY, C. J. This case is ruled by the companion case of *Chicago & Northwestern R. Co. v. Wisconsin Tax Comm.,* decided herewith (*ante,* p. 368, 226 N. W. 293). The mandate in this case is the same as in that case.

*By the Court.*—Judgment affirmed.